**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**TWIN CITY FIRE INSURANCE COMPANY,**

**Plaintiff,**

**v.**

**RK FAMILY, INC., *et al.*,**

**Defendants.**

**Case No. 2:24-cv-02275**
**Judge Algenon L. Marbley**
**Magistrate Judge S. Courter M. Shimeall**

# ORDER

This matter came before the Court for a telephonic status conference on August 31, 2026. Plaintiff Twin City Fire Insurance Company ("Twin City") and Defendants RK Family, Inc., RK Holdings, LLP d/b/a Rural King, and Shaun Amrine ("Rural King Defendants") appeared and were represented by counsel. This Order memorializes the conference. At the conference, the parties discussed several discovery disputes, including Twin City's requests for portions of the files and billing invoices of defense counsel in the underlying case, as well as Twin City's Rule 30(b)(6) deposition notices to the Rural King Defendants seeking information on topics relating to the defense of the underlying case.

As to the billing invoices, counsel for the Rural King Defendants represented that he would endeavor to provide Twin City with at least some of the information it seeks, including by producing less heavily redacted versions of the invoices. The parties agreed to continue meeting and conferring to identify creative ways to address this issue.

As to the files of defense counsel in the underlying case and the Rule 30(b)(6) deposition topics relating to the defense of the underlying case, the parties were unable to resolve their dispute

at the discovery conference. The parties agreed, however, to defer any motion practice on this issue until after their September 24, 2026 mediation. If any portion of the dispute remains unresolved following mediation, the Court **GRANTS** Twin City leave to file a motion to compel concerning the Rule 30(b)(6) deposition topics and defense counsel's files in the underlying case.

To accommodate the parties' additional discovery, the Court **SUA SPONTE** extends the case deadlines by **60 days**. The amended case deadlines are as follows:

Discovery is due by **October 30, 2026**.

Dispositive motions are due by **November 10, 2026**.

**IT IS SO ORDERED.**

*/s/ S. Courter M. Shimeall*
**S. COURTER M. SHIMEALL**
**UNITED STATES MAGISTRATE JUDGE**